IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JOHN DOE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| SUNNYBROOK REHABILITATION CENTER, L.L.C., TREYBURN REHABILITATION CENTER, L.L.C., SOUTHERN HEALTHCARE MANAGEMENT, L.L.C., WELLINGTON HEALTHCARE, L.L.C., and CONSULATE MANAGEMENT COMPANY III, L.L.C., | ) | Civil Action No.: 1:25-cv-314 |
| Defendants. | ) | |

## NOTICE OF SPECIAL APPEARANCE

    Pursuant to Local Civil Rule 83.1(d) for the United States District Court for the Middle District of North Carolina, Rebekah Joab of the non-profit organization the Legal Action Center hereby provides notice that she will appear by special appearance in the above-captioned case on behalf of the Plaintiff in Civil Action No. 1:25-cv-314. In support of this notice, the undersigned states the following.

    1.    Ms. Joab is a member in good standing of the New York State Bar and Maryland State Bar. She is also admitted to practice in the United States District Courts for the Eastern and Southern Districts of New York.

    2.    Pursuant to Local Rule 83.1(d)(1), Ms. Joab is associated with affiliated counsel who are members of the bar of this Court, has registered as a filing user with the Court's CM/ECF system, shall pay any appearance fee, and submits this document as a Notice of Special Appearance.

3. The appearing attorney has read the Local Rules of this Court and agrees to comply with the provisions of Local Rule 83.1(d) in all respects.

Respectfully submitted this 28th day of April 2025.

/s/ Rebekah Joab
Rebekah Joab
N.Y. State Bar No. 5818448
Legal Action Center
225 Varick St. 4th Floor
New York, NY 10014
Phone: (212) 243-1313
Fax: (212) 675-0286
rjoab@lac.org

/s/ Holly Stiles
Holly Stiles
N.C. State Bar No. 38930
Disability Rights North Carolina
3724 National Drive, Suite 100
Raleigh, NC 27612
Phone: 919-856-2195
Fax: 919-856-2244
holly.stiles@disabilityrightsnc.org

*Counsel for Plaintiff*