IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL CASE NO. 1:25-cv-314-UA-JEP

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SUNNYBROOK REHABILITATION ) | NOTICE OF DISMISSAL OF ALL |
| CENTER, L.L.C., TREYBURN ) | CLAIMS AGAINST WELLINGTON |
| REHABILITATION CENTER, L.L.C., ) | HEALTHCARE, L.L.C. and |
| SOUTHERN HEALTHCARE ) | CONSULATE MANAGEMENT |
| MANAGEMENT, L.L.C., WELLINGTON ) | COMPANY III, L.L.C. WITHOUT |
| HEALTHCARE, L.L.C., and CONSULATE ) | PREJUDICE |
| MANAGEMENT COMPANY III, L.L.C., ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOW COMES the Plaintiff, by and through his undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and notices that all claims brought as to Defendants Wellington Healthcare L.L.C. and Consulate Management Company III, L.L.C. only are hereby dismissed without prejudice.

Respectfully submitted, this 22st day of May, 2025.

/s/ Christopher A. Hodgson
Holly Stiles
N.C. State Bar No. 38930
Christopher A. Hodgson
N.C. State Bar No. 50135
Sara Harrington
N.C. State Bar No. 28565
DISABILITY RIGHTS NC
801 Corporate Center Drive, Suite 118
Raleigh, N.C. 27607
Phone: (919) 856-2195

1

Fax: (919) 856-2244
holly.stiles@disabilityrightsnc.org
chris.hodgson@disabilityrightsnc.org
sara.harrington@disabilityrigthsnc.org

/s/ Sally Friedman
Sally Friedman *
N.Y. State Bar No. 2474948
Rebekah Joab *
N.Y. State Bar No. 5818448
Legal Action Center
225 Varick St, 4th Floor
New York, NY 10014
Phone: (212) 243-1313
Fax: (212) 675-0286
sfriedman@lac.org
rjoab@lac.org
* *by special appearance*

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has electronically filed the **Notice of Dismissal of all Claims Against Wellington Healthcare L.L.C. and Consulate Management Company III, L.L.C. Without Prejudice**, which will send notification of such to counsel for Defendants Sunnybrook Rehabilitation Center, L.L.C., Southern Healthcare Management, L.L.C., and Treyburn Rehabilitation Center, L.L.C, as well as depositing a copy in the U.S. Mail, first class, postage prepaid, addressed as follows:

Corporation Service Company
Registered Agent for Defendant Wellington Healthcare, L.L.C.
& Defendant Consulate Management Company, III, L.L.C.
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

This the 22nd day of May 2025.

/s/ Christopher A. Hodgson
Christopher A. Hodgson
N.C. State Bar No. 50135
DISABILITY RIGHTS NC
801 Corporate Center Drive, Suite 118
Raleigh, N.C. 27607
Phone: (919) 856-2195
Fax: (919) 856-2244
chris.hodgson@disabilityrightsnc.org